47 So.2d 917

**Lawrence M. CLINE et al. v. Glennie CLINE et al.**

7 Div. 45.

Supreme Court of Alabama.

May 25, 1950.

PER CURIAM.

Appeal dismissed, want of prosecution.

48 So.2d 884

**Ex parte COSBY HODGES MILLING CO.**

7 Div. 87.

Supreme Court of Alabama.

Oct. 25, 1950.

Sadler & Sadler, of Birmingham, and Lusk, Swann & Burns, of Gadsden, for petitioner.

PER CURIAM.

Rule nisi denied.

48 So.2d 884

**DR. PEPPER BOTTLING CO. OF DOTHAN, Inc. et al. v. PEPSI–COLA BOTTLING CO. OF DOTHAN, Inc.**

4 Div. 583.

Supreme Court of Alabama.

Oct. 2, 1950.

W. G. Hardwick and T. E. Buntin, of Dothan, for appellants.

Lewis & Lewis, of Dothan, for appellee.

PER CURIAM.

Dismissed as per agreement.

48 So.2d 884

**Lydis DONOVAN v. STATE.**

5 Div. 498.

Supreme Court of Alabama.

Oct. 19, 1950.

Lawrence F. Gerald, of Clanton, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

STAKELY, Justice.

Petition of Lydis Donovan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Donovan v. State, 48 So.2d 890.

Writ denied.

BROWN, LIVINGSTON, and SIMPSON, JJ., concur.

48 So.2d 885

**Charles W. EDWARDS et al. v. LEE COUNTY BOARD OF EDUCATION.**

5 Div. 503.

Supreme Court of Alabama.

Oct. 23, 1950.

Baker & Dickinson, of Opelika, for appellants.

Denson & Denson, of Opelika, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellants.